IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHERI GOLTER,                    )
                                 )
          Plaintiff,             )              4:06CV3287
                                 )
     v.                          )
                                 )
SQUARE D COMPANY,                )              ORDER
                                 )
          Defendant.             )
                                 )
_____

     IT IS ORDERED:

     Defendant's unopposed oral motion is granted and the time of
the Rule 16 telephone planning conference on April 26, 2007 is
changed from 9:00 a.m. to **8:30** a.m.  Plaintiff's counsel shall
initiate the call.

     DATED this 13th day of April, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge