IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERI GOLTER, | ) | 4:06CV3287 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SQUARE D COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's motion for an enlargment of time to respond to the pending motion for summary judgment. For good cause shown, I will grant the motion.

IT IS ORDERED that the motion in filing 20 is granted, and Plaintiff shall have until July 10 to respond to Defendant's motion for summary judgment.

June 15, 2007.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge