IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERI GOLTER, | ) | 4:06CV3287 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SQUARE D COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's motion for a second enlargment of time to respond to the pending motion for summary judgment. Defendant's counsel does not object to an extension, and I will grant the motion.

IT IS ORDERED that the motion in filing 22 is granted, and Plaintiff shall have until July 24, 2007 to respond to Defendant's motion for summary judgment.

July 2, 2007.                BY THE COURT:

                             *s/Richard G. Kopf*
                             United States District Judge