```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

SHERI GOLTER,                    )
                                 )
              Plaintiff,         )         4:06CV3287
                                 )
         v.                      )
                                 )
SQUARE D COMPANY,                )         ORDER
                                 )
              Defendant.         )
                                 )
```

IT IS ORDERED:

Plaintiff's objection, filing 42, is sustained and the trial of this matter will not be held at the University of Nebraska College of Law.

DATED this 24th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge